# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | **Caesar v. Pennsylvania Department of Corrections, et al.** | : | CIVIL NO. 1:CV-10-0202 |
|---|---|---|---|
| | | : | |
| | | : | **(Judge Conner)** |
| Inmate: | Florence Caesar | : | |
| | | : | **(Magistrate Judge Smyser)** |
| ID Number: | OA 1979 | : | |

## ORDER

On January 26, 2010, Florence Caesar, an inmate currently confined at the State Correctional Institution, Muncy, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated January 27, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, she either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge

DATE: March 9, 2010